UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with**
**D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L**.
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Specialized Loan Servicing LLC as*
*servicing agent for The Bank of New York Mellon*
*FKA The Bank of New York, as Trustee for the*
*certificateholders of the CWABS, Inc., Asset-Backed*
*Certificates, Series 2006-26*

In re:

Margarita Pagan,
*aka* Margarita Pagan Medina,

                                        Debtor.

Chapter 13

Case No. 19-21442-ABA

Hearing Date: August 17, 2021

Judge Andrew B. Altenburg, Jr.

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been **settled/OTBS**.

Matter: **Creditor's Certification of Default** (Doc. No. 43).

Dated: August 17, 2021

                        Stewart Legal Group, P.L.
                        Attorney for Creditor


            By:      */s/Gavin N. Stewart*
                        Gavin N. Stewart