UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with
D.N.J.LBR 9004-1

**STEWART LEGAL GROUP, P.L.**
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Specialized Loan Servicing LLC as servicing agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-26*

**Order Filed on August 17, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

Margarita Pagan
*aka* Margarita Pagan Medina

Debtor.

Chapter 13

Case No. 19-21442-ABA

Hearing Date: August 17, 2021

Judge Andrew B. Altenburg, Jr.

## CONSENT ORDER RESOLVING CERTIFICATION OF DEFAULT

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 17, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor: Margarita Pagan
Case No.: 19-21442-ABA
Caption of Order: **CONSENT ORDER RESOLVING CERTIFICATION OF DEFAULT**

THIS MATTER having been opened to the Court upon the Certification of Default ("Motion") filed by Specialized Loan Servicing LLC as servicing agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-26 ("Creditor"), and whereas the post-petition arrearage was $**1,584.48** as of August 10, 2021, and whereas the Debtor and Creditor seek to resolve the Motion, it is hereby **ORDERED**:

1. The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Creditor's interest in the following property: **108 S Franklin Street, Landisville, New Jersey, 08326** ("Property") provided that the Debtor complies with the following:

    a. Beginning on or before September 1, 2021, and continuing on or before the 1st day of each subsequent month, the Debtor shall cure the post-petition arrearage by making four (4) monthly payments of $396.12 directly to the Creditor;

    b. The Debtor shall resume making the regular contractual monthly payments directly to Creditor as each becomes due, beginning with the September 1, 2021 payment and continuing thereon per the terms of the underlying loan; and

    c. Remain current on all post-petition payment obligations, as well as all payments being paid through the Chapter 13 Plan.

2. The Debtor will be in default under the Consent Order in the event that the Debtor fails to comply with the payment terms and conditions set forth in above paragraphs and/or if the Debtor fails to make any payment due to Movant under the Chapter 13 Plan.

3. If the Debtor fails to cure the default within thirty (30) days from the date of default, Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel for Debtor and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11 U.S.C. §362(a) permitting Creditor to exercise any rights under the loan documents with respect to the Property.

4. Creditor is awarded reimbursement of attorney fees and costs in the amount of $250.00 to be paid through the Chapter 13 Plan.

**STIPULATED AND AGREED**:

*Cory F. Woerner*
Corey Woerner, Esq.
Law Offices of Seymour Wasserstrum
205 West Landis Avenue
Vineland, NJ 08360
*Counsel to Debtor*

*/s/ Gavin N. Stewart*
Gavin N. Stewart, Esq.
Stewart Legal Group, P.L.
401 East Jackson Street, Suite 2340
Tampa, FL 33602
*Counsel to Creditor*