Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−21442−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Margarita Pagan
   aka Margarita Pagan Medina
   108 South Franklin St.
   Landisville, NJ 08326

Social Security No.:
   xxx−xx−1129

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/17/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 17, 2023
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                      Case No. 19-21442-ABA

Margarita Pagan                                                                                 Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                                      User: admin                                       Page 1 of 3
Date Rcvd: Feb 17, 2023                           Form ID: 148                                    Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^       Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Margarita Pagan, 108 South Franklin St., Landisville, NJ 08326-1340 |
| cr | + | Specialized Loan Servicing LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518290126 | + | A 1 Collection Service, 80 West Upper Ferry Rd, Ste 1, c/o gastroenterology group of sj, West Trenton, NJ 08628-2736 |
| 518290127 | | Apex Asset Management, 1286 Carmichael Way, c/o advanced anethesia, Montgomery, AL 36106-3645 |
| 518290128 | | Apex Asset Management, 1286 Carmichael Way, c/o frankel orthosports med, Montgomery, AL 36106-3645 |
| 518290129 | | Apex Asset Mangement, 1286 Carmichael Way, c/o center for diagnostic imaging, Montgomery, AL 36106-3645 |
| 518311336 | + | Arthritis & Rheumatology Assoc of S.J., 1170 East Landis Avenue, Vineland, New Jersey 08360-4216 |
| 518290130 | + | Arthritis And Rheumatology Associates, 2848 South Delsea Dr, Ste 2C, Vineland, NJ 08360-7042 |
| 518290132 | | Borough Of Buena, P.O. Box 696, Municiple Utilities Authority, Minotola, NJ 08341-0696 |
| 518290133 | + | Buena Borough Tax Collector, 616 Central Ave, Minotola, NJ 08341-1098 |
| 518290138 | + | Gary C. Zeitz, LLC, 1101 Laurel Oak Rd. Suite 170, Voorhees, NJ 08043-4381 |
| 518899126 | + | Gary C. Zeitz, LLC, C/o: Gary C. Zeitz, Esquire, 1101 Laurel Oak Road, 170, Voorhees, NJ 08043-4381 |
| 518290140 | + | Helmer Conley And Kasselman, 196 E Commerce St, Bridgeton, NJ 08302-2606 |
| 518290144 | | Iqbal & Khan Surgical Assoc PA, 10 Magnolia Ave, Bridgeton, NJ 08302-1760 |
| 518290150 | | State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |
| 518416244 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 518290151 | + | Superior Court Of New Jersey Clerk, 25 Market Street, Trenton, NJ 08611-2148 |
| 518899125 | + | U.S. Bank Cust-PC4 Firstrustbank, 50 South.16th Street, Suite 2050,, Philadelphia, PA 19102-2516 |
| 518290152 | + | US Bank Cust-PC4 Firstrustbank, 2500 McClellan Blvd., Suite 200, Merchantville, NJ 08109-4613 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 17 2023 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 17 2023 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518290131 | + | Email/Text: bankruptcy@pepcoholdings.com | Feb 17 2023 20:41:00 | Atlantic City Electric, 5 Collins Drive Suite 2133, Pepco Holdings Inc, Bankruptcy Division, Penns Grove, NJ 08069-3600 |
| 518388087 | | Email/Text: ebnnotifications@creditacceptance.com | Feb 17 2023 20:41:00 | CREDIT ACCEPTANCE, 25505 WEST 12 MILE RD, SOUTHFIELD , MI 48034 |
| 518290134 | + | Email/Text: bankruptcy@credencerm.com | Feb 17 2023 20:42:00 | Credence Resource Management, 17000 Dallas Pkwy Ste 204, c/o AT&T, Dallas, TX 75248-1940 |
| 518316523 | + | Email/Text: ebnnotifications@creditacceptance.com | Feb 17 2023 20:41:00 | Credit Acceptance Corp., PO Box 551888, Detroit, MI 48255-1888 |
| 518290136 | + | Email/Text: bankruptcydepartment@tsico.com | Feb 17 2023 20:42:00 | EOS CCA, 700 Longwater Drive, Norwell, MA 02061-1624 |
| 518290135 | + | Email/Text: bknotice@ercbpo.com | Feb 17 2023 20:42:00 | Enhanced Recovery Corp, PO Box 57547, c/o sprint, Jacksonville, FL 32241-7547 |

| Recip ID | Bypass | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 518290137 | + | EDI: AMINFOFP.COM | Feb 18 2023 01:34:00 | First Premier, 3820 N. Lousie Ave, Sioux Falls, SD 57107-0145 |
| 518290139 | | Email/Text: jkatsios@gsicollections.com | Feb 17 2023 20:41:00 | GSI Recovery LLC, PO Box 1026, c/o regional diagnostic imaging, Bloomfield, NJ 07003-1026 |
| 518290143 | | EDI: IRS.COM | Feb 18 2023 01:34:00 | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 518290145 | + | Email/Text: bankruptcy@marinerfinance.com | Feb 17 2023 20:41:00 | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 518290146 | ^ | MEBN | Feb 17 2023 20:38:46 | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 518361392 | + | EDI: JEFFERSONCAP.COM | Feb 18 2023 01:34:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518398511 | | EDI: Q3G.COM | Feb 18 2023 01:34:00 | Quantum3 Group LLC as agent for, GFSPL LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518290148 | | EDI: CITICORP.COM | Feb 18 2023 01:34:00 | Sears/CBNA, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 518290149 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Feb 17 2023 20:41:00 | Specialized Loan Services, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| 518351832 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Feb 17 2023 20:41:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 519317551 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Feb 17 2023 20:41:00 | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 518358823 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Feb 17 2023 20:41:00 | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518290147 | | Email/Text: bankruptcytn@wakeassoc.com | Feb 17 2023 20:41:00 | Revenue Recovery Corp, 7005 Middlebrook Pike, c/o berlin emergency dept., Knoxville, TN 37909-1156 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Specialized Loan Servicing LLC, PO Box 340514, Tampa, FL 33694-0514 |
| 518290141 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518290142 | * | Internal Revenue Service, Po Box 725 Special Procedures Fuction, Springfield, NJ 07081 |
| 518924461 | *+ | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Feb 17, 2023 | Form ID: 148 | Total Noticed: 40

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2023                              Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2023 at the address(es) listed below:**

| **Name** | **Email Address** |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York et al... dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Seymour Wasserstrum | on behalf of Debtor Margarita Pagan mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6