Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

                    Case No.:  19–21442–ABA
                    Chapter:  13
                    Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Margarita Pagan
  aka Margarita Pagan Medina
  108 South Franklin St.
  Landisville, NJ 08326

Social Security No.:
  xxx–xx–1129

Employer's Tax I.D. No.:

---

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>March 27, 2023</u>                  <u>Andrew B. Altenburg Jr.</u>
                                                Judge, United States Bankruptcy Court